THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **08-51664**
**ERIC A ROBERTSON** )
**KIMBERLY J ROBERTSON** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **ERIC A ROBERTSON & KIMBERLY J ROBERTSON**
   **Check No. 755525**
   **Claim #999**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$50.00** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **11/15/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Handwritten: ck # 765751 receipt # 81935*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| ERIC A ROBERTSON<br>11854 SW 26TH CT<br>HOLLYWOOD, FL 33025<br>(Via Regular Mail) | KIMBERLY J ROBERTSON<br>11854 SW 26TH CT<br>HOLLYWOOD, FL 33025<br>(Via Regular Mail) |

ANDREW M KORDUBA ESQ (via ECF)

ERIC A ROBERTSON AND KIMBERLY J ROBERTSON
11854 SW 26TH CT
HOLLYWOOD, FL 33025
(via Regular Mail)

Date of Service: **11/15/2010**     By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com