FILED
2010 DEC 16 PM 2:34
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | CASE NO: **08-51664** |
| **ERIC A ROBERTSON** ) | |
| **KIMBERLY J ROBERTSON** ) | MARILYN SHEA-STONUM |
| ) | BANKRUPTCY JUDGE |
| Debtor(s) ) | |
| ) | TRANSMITTAL OF UNCLAIMED FUNDS |

·········································································

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **ERIC A ROBERTSON**
    **Check No. 758174**
    **Claim #999**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$100.00** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **12/13/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*ck # 768402*
*receipt # 82000*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**ERIC A ROBERTSON**
11854 SW 26TH CT
HOLLYWOOD, FL 33025
(Via Regular Mail)

**KIMBERLY J ROBERTSON**
11854 SW 26TH CT
HOLLYWOOD, FL 33025
(Via Regular Mail)

**ANDREW M KORDUBA ESQ** (via ECF)

**ERIC A ROBERTSON**
11854 SW 26TH CT
HOLLYWOOD, FL 33025
(via Regular Mail)

Date of Service: **12/13/2010**       By: **JoAnn Romig**
Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com